# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-4274
Lower Tribunal No. 2011-CF-004326-AO

_____

RAYMOND T. HOLMES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

April 14, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and BROWNLEE, JJ., concur.


Raymond T. Holmes, Bonifay, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Bureau Chief, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED